IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–96–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| RAFE AARON CAMP, | |
| Defendant. | |

On December 5, 2024, Defendant Rafe Aaron Camp filed a motion under 18 U.S.C. § 3582(c)(1)(A) to reduce his 46-month federal drug sentence. (Doc. 41; see Doc. 33 (Judg. Watters).) The government opposes. (Doc. 44.) Having reviewed the submissions of the parties,

IT IS ORDERED that the government file Camp's medical records from November 27, 2024 through March 15, 2025 on or before April 15, 2025.

DATED this 25th day of March, 2025.

Susan P. Watters, District Judge
United States District Court